UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 15 2025

Nathan Ochsner Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-239 |
| CESAR HUMBERTO LEAL-GARCIA | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 27, 2025, in the Southern District of Texas, Defendant,

**CESAR HUMBERTO LEAL-GARCIA,**

intentionally and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer Juan Corona, while the Officer was engaged in and on account of his official duties, and the acts of **CESAR HUMBERTO LEAL-GARCIA** involved physical contact with Officer Juan Corona.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT TWO

On or about March 27, 2025, in the Southern District of Texas, Defendant,

**CESAR HUMBERTO LEAL-GARCIA,**

an alien previously denied admission, excluded, deported, and removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:

_____
FORPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
JOSE A. ESQUIVEL JR.
ASSISTANT UNITED STATES ATTORNEY