*Amended 6-3-25*

# PLEA PACKET MEMO

**ASSIGNED AUSA:** JOSE A. ESQUIVEL, JR.

**DEFENDANT:** CESAR HUMBERTO LEAL-GARCIA

**CASE #:** B-25-239

Recommendation in exchange for Defendant's Plea to Count 1 and 2 of the **INDICTMENT and WAIVER OF APPEAL RIGHTS** as outlined in the plea agreement: <u>**credit for Acceptance of Responsibility and sentencing at the low end of the advisory guideline level the defendant scores**</u>.

## FACT SUMMARY SHEET

On March 27, 2025, the defendant, CESAR HUMBERTO LEAL-GARCIA, a citizen of Mexico, was encountered by uniformed United States Border Patrol agents near Brownsville, Cameron County, Texas. The border Patrol Agents were at the time engaged in the performance of their official duties.

The defendant CESAR HUMBERTO LEAL-GARCIA, a Mexico national, refused to stop upon being questioned by the United States Border Patrol. The defendant fled from the border patrol agents. The border patrol attempted to arrest the defendant for being in the country illegally. The defendant LEAL-GARCIA became verbally abusive towards the agents and was restrained by the agents. When the border patrol were dealing with the defendant, the defendant fought off the border patrol agents by pushing off the agents and resisted arrest. The acts of the defendant LEAL-GARCIA involved physical contact to the border patrol agents. United States Border Customs and Border Protection Agent Juan Corona is a person designated under 18 USC 1114, while said agent was engaged in, or on account of the performance of his official duties. The defendant LEAL-GARCIA did forcibly resist, oppose, impede, intimidate and interfere with United States and Customs and Border Protection officer Juan Corona while the officer was engaged in and on account of his official duties.

On March 27, 2025, the defendant, Cesar Humberto Leal-Garcia, was found in the United States in Cameron County, Texas by Customs and Border Protection agents. It was determined that he was an alien and citizen of Mexico who had entered the United States illegally. Furthermore, the defendant was convicted of the felony of Illegal Re-Entry after Deportation on December 19, 2024. The defendant had not received consent of the Attorney General or Secretary of Homeland Security to reapply for admission into the United States when found. *The defendant was deported*

I agree the above summary represents my involvement in the crime to which I am pleading guilty, and agreement accurately describes my agreement with the government. 

0-1
2 -
19-
2024

_____  _____
Counsel for Defendant        Defendant

_____
Assistant United States Attorney